**No. 66599.**—Quon Quon Co. v. United States, protest 60/10266 (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of rattancore kleenex boxes similar in all material respects to those the subject of *Quon Quon Company* v. *United States* (41 Cust. Ct. 178, C.D. 2038), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 21, 1962

**No. 66600.**—Ronco Corp. v. United States, protest 316131–K (Philadelphia).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the merchandise consists of metal magnetos and parts thereof the same in all material respects as those the subject of *Ronco Corporation* v. *United States* (44 Cust. Ct. 253, C.D. 2184), the claim of the plaintiff was sustained.